UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK

| | |
|---|---|
| **JEFFREY A. APPERSON** | **VANESSA L. ARMSTRONG** |
| **CLERK OF COURT** | **CHIEF DEPUTY CLERK** |

September 7, 2007

Clerk
U.S. District Court
Middle District of GA
P.O. Box 124
Columbus, GA 31902
Attn: Elizabeth Long

      RE:    **MDL 1854 In re: Tyson Foods FLSA**
             Our case no. 4:07CV-15-M
             Your case no. 4:07CV-2009-L
             *Garrett v. Tyson Foods, Inc.*

Dear Clerk:

      In response to your letter of August 31, 2007 with attached copy of Transfer Order certified 8/17/07 transferring the above action to your court, enclosed please find a certified copy of the docket sheet. This case is fully electronic and can viewed at **https://ecf.kywd.uscourts.gov** using your PACER login.

      If I can be of further assistance, please feel free to contact me via e-mail at Natalee_Berkowitz@kywd.uscourts.gov or by phone at the number below.

                              Sincerely,

                              Jeffrey A. Apperson, Clerk
                              /s/ Natalee McClure Berkowitz, Deputy Clerk